IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC., d/b/a IOU FINANCIAL, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:19-CV-05478-ELR |
| CLIFTON M. MITCHELL, et al., | * * * * | |
| Defendants. | * * | |

**O R D E R**

On September 11, 2020, this Court ordered Plaintiff IOU Central, Inc. and Defendant Clifton M. Mitchell to submit a Joint Preliminary Report and Discovery Plan ("JPRDP") within fourteen (14) days in accordance with Local Rule 16.2.[1] [See Doc. 56]; see also LR 16.2, NDGa.  To date, the Parties have not complied.  Because Defendant Mitchell answered Plaintiff's Amended Complaint on December 27, 2019, the JPRDP for Plaintiff and Defendant Mitchell is approximately eight (8) months past due.  See Answer [Doc. 33].

---

[1] This case remains stayed as to the only other remaining defendant, Defendant Paul Siglinger, due to his bankruptcy.  [See Docs. 11, 31].

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, within five (5) days of the entry date of this order, why this case shall not be dismissed for want of prosecution pursuant to Rule 41(b) and/or Local Rule 41.3 as to Defendant Clifton.  See Fed. R. Civ. P. 41(b); see also LR 41.3, NDGa.  The Court **DIRECTS** the Clerk to submit this action to the undersigned after the expiration of the five (5)-day period.  Plaintiff's failure to comply with this order will result in dismissal of Plaintiff's Amended Complaint as to Defendant Clifton without further notice.

**SO ORDERED**, this 5th day of October, 2020.

*/s/ Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia